IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TUONG Q. NGUYEN, | : | BANKR. NO. 19-14310 ELF |
| | : | |
| Debtor. | : | |

| | | |
|---|---|---|
| ANDREW R. VARA, | : | |
| ACTING UNITED STATES TRUSTEE, | : | ADV. NO. 19-00199 |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TUONG Q. NGUYEN, | : | |
| | : | |
| Defendant. | : | |

**STIPULATION TO EXTEND TIME TO FILE AN ANSWER OR OTHER RESPONSE TO THE COMPLAINT AND ORDER APPROVING SAME**

Andrew R. Vara, the Acting United States trustee for Region 3, and plaintiff herein (the "U. S. trustee" and/or "Plaintiff"), by and through his undersigned counsel, and Tuong Q. Nguyen ("Defendant"), by and through his undersigned counsel, hereby stipulate that the deadline to file an answer or other response to the Plaintiff' Complaint be extended from November 12, 2019 to and including December 16, 2019.

[Signature Page Follows]

| | |
|---|---|
| SADEK and COOPER | ANDREW R. VARA |
| | Acting United States trustee |
| By:  */s/ Brad J. Sadek* | By:  */s/ Dave P. Adams* |
| Brad J. Sadek, Esq. | Dave P. Adams |
| Counsel for Debtor/Defendant | Counsel for the U. S. trustee/Plaintiff |
| 1315 Walnut Street, Suite 502 | Office of the U. S. trustee |
| Philadelphia, Pennsylvania   19107 | 200 Chestnut Street, Suite 502 |
| (215) 545-0008 | Philadelphia, Pennsylvania   19106 |
| (215) 545-0611 (fax) | (215) 597-4411 |
| | (215) 923-1293 (fax) |
| Dated:   November 8, 2019 | Dated:   November 8, 2019 |

So ORDERED this   12th   day of November, 2019.

_____
Eric L. Frank
United States Bankruptcy Judge